# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL A. JONES, | 1:15-cv-00383-GSA-HC |
| Petitioner, | ORDER REGARDING PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT (ECF No. 9) |
| v. | |
| JEFF MACOMBER, Warden, | |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 25, 2015, Petitioner filed a motion to amend the petition to name the proper respondent in which he requests that the name of Respondent be changed to Jeff Macomber, who is Warden of California State Prison, Sacramento. Accordingly, Petitioner's motion to amend the petition to name the proper respondent is GRANTED, and the Clerk of Court is DIRECTED to change the name of Respondent to Jeff Macomber.

IT IS SO ORDERED.

Dated:   **July 6, 2015**            **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

1